**Johnnie GRAY, widow of Henry Gray, Petitioner,**

v.

**DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, Respondent.**

**No. 00–2534.**

United States Court of Appeals, Fourth Circuit.

Submitted May 24, 2001.

Decided Aug. 7, 2001.

Thomas E. Johnson, Phillip H. Snelling, Johnson, Jones, Snelling, Gilbert & Davis, P.C., Chicago, IL, for petitioner. Judith E. Kramer, Acting Solicitor of Labor, Donald S. Shire, Associate Solicitor, Patricia M. Nece, for Appellate Litigation, Sarah M. Hurley, United States Department of Labor, Washington, D.C., for respondent.

Before WIDENER, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

Johnnie Gray seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C.A. §§ 901–945 (West 1986 & Supp. 2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board.* *See Gray v. DOWCP*, No. 99–1107–BLA (BRB Oct. 19, 2000). We grant Gray's motion to submit this case on the briefs and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

* We have considered the recent revisions to the regulations implementing the Black Lung Benefits Act, *see* Regulations Implementing the Federal Coal Mine Health and Safety Act

of 1969, as amended; 65 Fed. Reg. 79,919 (Dec. 20, 2000), and have determined that the revisions do not affect the outcome of this case.